UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HEALTH CARE SERVICES CORPORATION,

Plaintiff,

v.                                              Civil Action No.  09-CV-1213 ACT/LFG

SOUTHWEST TRANE and
PETERSON WATER TREATMENT,

Defendant.

### MOTION FOR ADMISSION PRO HAC VICE OF OUT OF STATE COUNSEL DART M. WINKLER

Pursuant to D.N.M.LR-Civ. 83.3, the undersigned counsel moves the court for an order admitting out of state counsel Dart M. Winkler pro hac vice to act as counsel for Plaintiff Health Care Services Corporation in the above-captioned matter.  Mr. Winkler is admitted to practice in the States of Colorado and California, where he is an attorney in good standing.

The undersigned hereby agrees to accept service and to serve as designated local counsel for the subject case.

Respectfully submitted this 21st day of January, 2010.

YENSON, LYNN, ALLEN & WOSICK

  /s/ Joseph B. Wosick
Joseph B. Wosick
4908 Alameda, NE
Albuquerque, NM  87113-1736
Phone: (505) 266-3995
Fax:    (505) 268-6694

ATTORNEYS FOR PLAINTIFF HEALTH CARE
SERVICES CORPORATION