UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Civil Action No.  09-CV-1213-ACT-LFG

HEALTH CARE SERVICES CORPORATION,

Plaintiff,

v.

SOUTHWEST TRANE and
PETERSON WATER TREATMENT,

Defendants.

## NOTICE OF COMPLETION OF BRIEFING OF PLAINTIFF'S MOTION IN LIMINE REGARDING SOUTHWEST TRANE BREACH OF CONTRACT

COMES NOW Plaintiff Health Care Services Corporation ("HCSC"), by and through its attorneys, and certifies that briefing is complete on its Motion in Limine Regarding Southwest Trane's Breach of the subject Service Agreement and the motion is ready for decision.  The following documents have been filed with the court:

1. Plaintiff's Motion in Limine Regarding Southwest Trane Breach of Contract filed December 12, 2010 [Doc. #110].

2. Defendant Southwest Trane's Response to Plaintiff's Motion in Limine Regarding Southwest Trane's Breach of Contract filed December 17, 2010 [Doc. #112].

3. Plaintiff's Reply in Support of Motion in Limine Regarding Southwest Trane Breach of Contract filed January 3, 2011 [Doc. #122].

1

Respectfully submitted this 4th day of January, 2011.

        YATES LAW FIRM, LLC

        By:    s/Dart M. Winkler
        Russell E. Yates, *admitted pro hac vice*
        Dart M. Winkler, *admitted pro hac vice*
        Matthew S. Mersfelder, *admitted pro hac vice*
        1900 Wazee Street, Suite 203
        Denver, CO 80202
        Phone: (303) 722-2810
        Fax:    (303) 722-2890

        and

        YENSON, LYNN, ALLEN & WOSICK
        Joseph B. Wosick
        April D. White
        4908 Alameda, NE
        Albuquerque, NM  87113-1736
        Phone: (505) 266-3995
        Fax:    (505) 268-6694

        Attorneys for Plaintiff Health Care Services Corporation

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of January 2011, I filed the foregoing **NOTICE OF COMPLETION OF BRIEFING OF PLAINTIFF'S MOTION IN LIMINE REGARDING SOUTHWEST TRANE BREACH OF CONTRACT** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

S. Barry Paisner, Attorney for Defendant Southwest Trane
bpaisner@hinklelawfirm.com
Jaclyn M McLean, Attorney for Defendant Southwest Trane
jmclean@hinklelawfirm.com

Daniel W. Lewis, Attorney for Defendant Peterson Water Treatment
dlewis@allenlawnm.com
Christopher P. Winters, Attorney for Defendant Peterson Water Treatment
cwinters@allenlawnm.com

Scott P. Hatcher, Attorney for Intervenor American Hallmark Insurance Company of Texas
shatcher@hatchertebo.com

Charles J, Noya, Attorney for Defendant Peterson Water Treatment
cnoyalaw@gmail.com

    /s/ Dart M. Winkler
Dart M. Winkler, Attorney for Plaintiff