UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HEALTH CARE SERVICES CORPORATION,

    Plaintiff,

vs.                                        Case No. 09-cv-1213 ACT/LFG

SOUTHWEST TRANE, and
PETERSON WATER TREATMENT,

    Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of January, 2011, I e-mailed a copy of Defendant Peterson Water Treatment's Proposed Exhibits to counsel of record pursuant to the Court's Instructions to exchange exhibits by January 18, 2011.

                                                      Electronically Filed,

                                                      ALLEN, SHEPHERD, LEWIS, SYRA
                                                      & CHAPMAN, P.A.

                                                      \s\
                                                      Christopher P. Winters, Attorney at Law
                                                      4801 Lang NE Suite 200
                                                      Albuquerque, NM  87109
                                                      Phone #:      (505) 341-0110

I HEREBY CERTIFY that on the 17th day of January, 2011, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Joseph B. Wosick /Counsel for Plaintiff
jwosick@ylawfirm.com

Russell E. Yates, Esq. / Counsel Pro Hac Vice for Plaintiff
ryates@yateslawfirmllc.com

Dart M. Winkler, Esq. / Counsel Pro Hac Vice for Plaintiff
dwinkler@yateslawfirmllc.com

Matthew S. Mersfelder, Esq. / Counsel Pro Hac Vice for Plaintiff
mmersfelder@yateslawfirmllc.com

S. Barry Paisner, Esq. / Counsel for Defendant Southwest Trane, Inc.
bpaisner@hinklelawfirm.com

Jaclyn M. McLean, Esq. / Counsel for Defendant Southwest Trane, Inc.
jmclean@hinklelawfirm.com

Scott P. Hatcher, Esq. / Counsel for Intervenor American Hallmark Insurance Company
shatcher@hatchertebo.com

Charles Noya, Esq. / Counsel for Peterson Water Treatment
cnoyalaw@gmail.com

April D. White, Esq. / Counsel for Plaintiff Health Care Services Corporation
awhite@ylaw.com

\s\
Christopher P. Winters, Attorney for Defendant
Peterson Water Treatment