UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HEALTH CARE SERVICES CORPORATION,

Plaintiff

vs.   Case No. 09-cv-1213 ACT/LFG

SOUTHWEST TRANE, and
PETERSON WATER TREATMENT,

Defendants.

## CERTIFICATE OF SERVICE
### REGARDING EXCHANGE OF WITNESS AND EXHIBIT LISTS

I HEREBY CERTIFY that, on this 18th day of January, 2011 true and correct copies of the following documents were exchanged with all counsel of record by email and United States mail, first-class postage prepaid, at the addresses set forth below:

1. Trane's proposed Exhibit List;

2. Trane's proposed Witness List; and

3. This Certificate of Service.

Copies were provided to:

| | |
|---|---|
| Dart M Winkler | Russell E Yates |
| Yates Law Firm, LLC | Yates Law Firm, LLC |
| 1900 Wazee St., Suite 203 | 1900 Wazee St., Suite 203 |
| Denver, CO 80202 | Denver, CO 80202 |
| 303-722-2810 | 303-722-2810 |
| Fax: 303-722-2890 | Fax: 303-722-2890 |
| Email: dwinkler@yateslawfirmllc.com | Email: ryates@yateslawfirmllc.com |

Joseph B. Wosick
Attorney at Law
4908 Alameda Blvd. N.E.
Albuquerque, NM 87105
jwosick@lawfirm.com

April D. White
Attorney at Law
4908 Alameda Blvd. N.E.
Albuquerque, NM 87105
***Attorneys for Health Care Services Corporation***

Matthew S. Mersfelder
Yates Law Firm, LLC
1900 Wazee Street, Ste. 203
Denver, CO 80202
Tel: 303-722-2810
Fax: 303-722-2890
***Attorneys for Health Care Services Corporation***

Christopher P Winters
Allen, Shepherd, Lewis, Syra & Chapman
Post Office Box 94750
Albuquerque, NM 87199
505-341-0110
Fax: 505-341-3434
Email: cwinters@allenlawnm.com
***Attorneys for Peterson Water Treatment***

Scott P. Hatcher
Hatcher & Tebo, PA
150 Washington Ave., # 204
Santa Fe, NM 87501-2066
shatcher@hatchertebo.com
***Counsel for Intervenor American Hallmark Insurance Company***

Daniel W. Lewis
Allen, Shepherd, Lewis, Syra & Chapman
P O Box 94750
Albuquerque, NM 87199-4750
dlewis@allenlawnm.com
Telephone: 505-341-0110
Facsimile: 505-341-3434
***Attorneys for Peterson Water Treatment***

Charles J. Noya
Attorney at Law
8220 San Pedro Dr. NE # 500
Albuquerque, NM 87113-2476
cnoyalaw@gmail.com
***Attorneys for Peterson Water Treatment***

Respectfully submitted,

**HINKLE, HENSLEY, SHANOR & MARTIN, LLP**

*/s/ Barry Paisner*
S/ Barry Paisner
Jaclyn M. McLean
P O Box 2068
Santa Fe, NM 87504-2068
Telephone: 505-982-4554
Facsimile: 505-982-8623
Email: bpaisner@hinklelawfirm.com
***Attorneys for Southwest Trane, Inc.***