**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

HEALTH CARE SERVICES CORPORATION,

    Plaintiff,

vs.                                Case No. 09-cv-1213 ACT/LFG

SOUTHWEST TRANE, and
PETERSON WATER TREATMENT,

    Defendants.

**DEFENDANT PETERSON WATER TREATMENT'S WITNESS LIST**

Defendant Peterson Water Treatment, through undersigned counsel, files it witness list.

| PRESIDING JUDGE<br><br>The Honorable Alan C. Torgerson | PLAINTIFF'S ATTORNEY<br><br>Dart Winkler, et al. | DEFENDANTS' ATTORNEY<br><br>S. Barry Paisner – Southwest Trane<br>Dan Lewis, et al. – Peterson Water |
|---|---|---|
| TRIAL DATE<br>**2/7/11** | COURT REPORTER | COURTROOM DEPUTY |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | James Peterson, Owner Peterson Water Treatment Company |
| | | | | | Erik Fritz, former employee of Peterson Water Treatment Company (live if available or by video deposition) |
| | | | | | William Ivey, PE, Ivey Engineering, Inc. |

<pre>
                                        Electronically Filed,

                                        ALLEN, SHEPHERD, LEWIS, SYRA
                                          & CHAPMAN, P.A.

                                             \s\
                                        Daniel W. Lewis, Attorney at Law
                                        Address:    4801 Lang NE Suite 200
                                        Albuquerque, NM  87109
                                        Phone #:    (505) 341-0110
                                        *Attorneys for Defendant Peterson
                                        Water Treatment*
</pre>

I HEREBY CERTIFY that on the 31st day of January, 2011, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Joseph B. Wosick /Counsel for Plaintiff
jwosick@ylawfirm.com

Russell E. Yates, Esq. / Counsel Pro Hac Vice for Plaintiff
ryates@yateslawfirmllc.com

Dart M. Winkler, Esq. / Counsel Pro Hac Vice for Plaintiff
dwinkler@yateslawfirmllc.com

Matthew S. Mersfelder, Esq. / Counsel Pro Hac Vice for Plaintiff
mmersfelder@yateslawfirmllc.com

S. Barry Paisner, Esq. / Counsel for Defendant Southwest Trane, Inc.
bpaisner@hinklelawfirm.com

Jaclyn M. McLean, Esq. / Counsel for Defendant Southwest Trane, Inc.
jmclean@hinklelawfirm.com

Scott P. Hatcher, Esq. / Counsel for Intervenor American Hallmark Insurance Company
shatcher@hatchertebo.com

Charles Noya, Esq. / Counsel for Peterson Water Treatment
cnoyalaw@gmail.com

April D. White, Esq. / Counsel for Plaintiff Health Care Services Corporation
awhite@ylaw.com


_____\\s\\_____
Daniel W. Lewis, Attorney for Defendant
Peterson Water Treatment