UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HEALTH CARE SERVICES CORPORATION,

        Plaintiff

vs.                                              Case No. 09-cv-1213 ACT/LFG

SOUTHWEST TRANE, and
PETERSON WATER TREATMENT,

        Defendants.

## SOUTHWEST TRANE, INC.'S EXHIBIT LIST

Defendant Southwest Trane ("Trane"), through undersigned counsel, files its exhibit list.

| PRESIDING JUDGE<br><br>The Honorable Alan C. Torgerson | PLAINTIFF'S ATTORNEY<br><br>Dart Winkler, et al. | DEFENDANTS' ATTORNEY<br><br>S. Barry Paisner – Southwest Trane<br>Dan Lewis, et al. - Peterson Water |
|---|---|---|
| TRIAL DATE<br>2/7/11 | COURT REPORTER | COURTROOM DEPUTY |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
|  | SW Trane A |  |  |  | Service Agreement [Trane 00002 - 27] |
|  | SW Trane B |  |  |  | Exhibit B, Service Agreement (Exclusion of Dolphin System) [Trane 00100] |
|  | SW Trane C |  |  |  | 12/14/06 email from Liz Carrillo to Mark McKee [Trane 00356] |
|  | SW Trane D |  |  |  | 05/01/07 email from Mark McKee to Tom Payne [Trane 00354] |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
|  | SW Trane E |  |  |  | 05/05/08 email from Mark McKee to Edwin Wales [HCSC 000935] |
|  | SW Trane F |  |  |  | 06/28/07 email from Mark McKee to Jason Foundas [Trane 00349] |
|  | SW Trane G |  |  |  | 7/13/07 email from Mark McKee to Liz Carrillo [HCSC 00967 - 968] |
|  | SW Trane H |  |  |  | 07/17/07 email exchange between Mark McKee and Liz Carrillo [HCSC 00959] |
|  | SW Trane I |  |  |  | 10/1/07 email from Mark McKee to Liz Carrillo and Dan Lyons [HCSC 00298 – 300] |
|  | SW Trane J |  |  |  | 10/26/07 email from Mark McKee to njs@clearwater-dolphin.com [Trane 00336] |
|  | SW Trane K |  |  |  | 11/19/07 email from Mark McKee to jwd@clearwater-dolphin.com [Trane 00334] |
|  | SW Trane L |  |  |  | 05/09/08 email from Mark McKee to Edwin Wales [HCSC 000419 – 420] |
|  | SW Trane M |  |  |  | 07/07/08 email from Gary Wilkinson to Mark McKee [HCSC 000139] |
|  | SW Trane N |  |  |  | 07/29/08 email exchange between Edwin Wales and Mark McKee [Trane 00288] |
|  | SW Trane O |  |  |  | 08/14/08 email from Gary Wilkinson to Liz Carrillo [HCSC 000119] |
|  | SW Trane P |  |  |  | 12/06/05 and 12/02/05 letters between Trane and Miller Bonded (3 pages) [Bradbury Stamm Subpoena, attached] |
|  | SW Trane Q |  |  |  | 05/22/07 email from Paul Meany to Gael Syoen [HCSC 001735 – 1736] |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | SW Trane R | | | | 06/25/07 email exchange among Gael Syoen, Dan Lyons, Liz Carrillo, Jason Foundas, and Paul Meany [HCSC 000559 – 560] |
| | SW Trane S | | | | 06/25/07 email exchange among Jason Foundas, Paul Meany, and Dan Lyons [HCSC 000901 – 902] |
| | SW Trane T | | | | 06/25/07 email exchange between Liz Carrillo and Paul Meany [HCSC 000903 – 904] |
| | SW Trane U | | | | 06/25/07 email from Liz Carillo [HCSC 001695 - 1696] |
| | SW Trane V | | | | 07/09/07 email from Dan Lyons to Liz Carrillo [HCSC 001674] |
| | SW Trane W | | | | 07/11/07 email from Liz Carrillo to Gael Syoen [HCSC 000895] |
| | SW Trane X | | | | 04/15/08 email exchange between Eric Webster and Edwin Wales [HCSC 001299] |
| | SW Trane Y | | | | 04/28/08 email exchange between Edwin Wales and Eric Webster [HCSC 001022 - 1023] |
| | SW Trane Z | | | | 05/19/08 email from Dan Lyons to Edwin Wales [HCSC 000417] |
| | SW Trane AA | | | | 06/30/08 email from Edwin Wales to Paul Meany [HCSC 000810 - 811] |
| | SW Trane BB | | | | 07/03/08 email from Edwin Wales to Liz Carrillo [HCSC 000806] |
| | SW Trane CC | | | | 07/03/08 email from Paul Meany to Hill Mechanical [HCSC 001616] |
| | SW Trane DD | | | | 07/03/08 email from Paul Meany to Bud Spiewak [HCSC 001706 – 1707] |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | SW Trane EE | | | | 07/03/08 to 07/09/08 emails from Eric Webster to Liz Carrillo [Exhibit 10 to deposition of Liz Carrillo] |
| | SW Trane FF | | | | 07/03/08 to 07/09/08 emails from Eric Webster to Liz Carrillo [Exhibit 10A to deposition of Liz Carrillo] |
| | SW Trane GG | | | | 07/11/08 email from Liz Carrillo [HCSC 001701] |
| | SW Trane HH | | | | 07/11/08 letter to Liz Carrillo from Industrial Water Engineering, Inc. [HCSC 001006 – 1013] |
| | SW Trane II | | | | 07/13/08 email from Liz Carrillo [HCSC 001603] |
| | SW Trane JJ | | | | 07/21/08 email between Eric Webster and Liz Carrillo [HCSC 001150] |
| | SW Trane KK | | | | 08/06/08 email from Matt Villanueva to Liz Carrillo [HCSC 000002] |
| | SW Trane LL | | | | 08/12/08 email from Gary Wilkinson to Liz Carrillo [HCSC 000123] |
| | SW Trane MM | | | | 08/13/08 email from Conway Nickerson (BCBS) to Gael Syoen [HCSC 000460] |
| | SW Trane NN | | | | 08/22/08 email exchange between Matt Villanueva and Liz Carrillo [HCSC 000107] |
| | SW Trane OO | | | | 09/03/08 email exchange between Gael Syoen and Liz Carrillo [HCSC 000445] |
| | SW Trane PP | | | | 09/03/08 email from Gael Syoen to Liz Carrillo [HCSC 000446] |
| | SW Trane QQ | | | | 09/23/08 email exchange between Eric Webster and Liz Carrillo [HCSC 001266] |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | SW Trane RR | | | | 01/01/09 email from Veronica Romero to Liz Carrillo [HCSC 001198] |
| | SW Trane SS | | | | 10/09/09 emails between Liz Carrillo and Edwin Wales and Gael Syoen and Andrew Pini Carrillo [HCSC 001873] |
| | SW Trane TT | | | | 01/03/06 Custom Air Handling Unit Clarifications and Exceptions [Bradbury Subpoena, attached] |
| | SW Trane UU | | | | 01/25/08 Hill Mechanical Field Report - Paul Meany [HCSC 001709 – 1711] |
| | SW Trane VV | | | | 05/18/07 Southwest Trane AHU Sheet [HCSC 001562 – 1569] |
| | SW Trane WW | | | | 06/28/07 Trane Service Report [HCSC 001600] |
| | SW Trane XX | | | | 07/03/08 Bid from Southwest Trane To Blue Cross Blue Shield [HCSC 001207 –1209] |
| | SW Trane YY | | | | 07/03/08, Bid from SW Trane to Blue Cross Blue Shield [HCSC 001195 – 1197] |
| | SW Trane ZZ | | | | 07/17/08 Cooling tower cleaning report [Exhibit 22 to deposition of Liz Carrillo] |
| | SW Trane AAA | | | | 07/19/07 Bradbury Stamm meeting minutes [HCSC 001716 – 1717] |
| | SW Trane BBB | | | | 08/15/08 Pure Water Solutions water treatment proposal [HCSC 000451 – 454] |
| | SW Trane CCC | | | | 08/22/07 Service Quote from Sigler [HCSC 000944 - 945] |
| | SW Trane DDD | | | | 10/19/07, 11/16/07, 11/21/07 Trane Service Reports [HCSC 001554; 001573; 001587] |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | SW Trane EEE | | | | Alarms Summary [HCSC 001757 – 1843] |
| | SW Trane FFF | | | | BCBS cooling tower cleaning procedures drafted by Erik Fritz [HCSC 000143] |
| | SW Trane GGG | | | | 07/18/08 BCBSNM Facilities Incident Report [HCSC 000271 – 277] |
| | SW Trane HHH | | | | Dolphin Water Care Memorandum to BCBS [Trane 00281 - 284] |
| | SW Trane III | | | | Industrial Water Engineering, Inc. water usage chart [HCSC 000121] |
| | SW Trane JJJ | | | | Purchase Order request, correspondence [HCSC 001198 - 1199; 1201 – 1203] |
| | SW Trane KKK | | | | Video excerpt from Bradbury Stamm training Video 34:00 – 38:00 [Bradbury Stamm subpoena, attached] |
| | SW Trane LLL | | | | Demonstrative Exhibit: Sketch of HVAC Unit to be drawn during Opening Statement |
| | SW Trane MMM | | | | Demonstrative Exhibit: Timeline |
| | SW Trane NNN | | | | Demonstrative Exhibit: Enlargements of Exhibits |

Respectfully submitted,

**HINKLE, HENSLEY, SHANOR & MARTIN, LLP**

/s/S. Barry Paisner
S. Barry Paisner
Jaclyn M. McLean
P O Box 2068
Santa Fe, NM 87504-2068
Telephone: 505-982-4554
Facsimile: 505-982-8623
Email: bpaisner@hinklelawfirm.com
***Attorneys for Southwest Trane, Inc.***

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 31st day of January, 2011 the foregoing pleading was filed electronically through the CM/ECF system, serving the following parties or counsel by electronic means as more fully reflected on the Notice of Electronic Filing:

Dart M Winkler
dwinkler@yateslawfirmllc.com
*Attorneys for Plaintiff*

Russell E Yates
ryates@yateslawfirmllc.com
*Attorneys for Plaintiff*

Joseph B. Wosick
jwosick@ylawfirm.com
*Attorneys for Plaintiff*

Matthew S. Mersfelder, Esq.
mmersfelder@yateslawfirmllc.com
*Attorneys for Plaintiff*

April D. White
awhite@ylawfirm.com
*Attorneys for Plaintiff*

Charles J. Noya
cnoyalaw@gmail.com
*Attorneys for Peterson Water Treatment*

Daniel W. Lewis
dlewis@allenlawnm.com
*Attorneys for Peterson Water Treatment*

Christopher P Winters
cwinters@allenlawnm.com
*Attorneys for Peterson Water Treatment*

Scott P. Hatcher
shatcher@hatchertebo.com
*Counsel for Intervenor American Hallmark Insurance Company*

/s/ S. Barry Paisner
S. Barry Paisner