UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HEALTH CARE SERVICES CORPORATION,

    Plaintiff

vs.                                           Case No. 09-cv-1213 ACT/LFG

SOUTHWEST TRANE, and
PETERSON WATER TREATMENT,

    Defendants.

## SOUTHWEST TRANE, INC.'S WITNESS LIST

Defendant Southwest Trane ("Trane"), through undersigned counsel, files its witness list.

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|
| The Honorable Alan C. Torgerson | Dart Winkler, et al. | S. Barry Paisner - Trane<br>Dan Lewis, et al. - Peterson Water |
| TRIAL DATE<br>2/7/11 | COURT REPORTER | COURTROOM DEPUTY |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | | | | | WILL CALL: **Brian Garton.** Mr. Garton is expected to testify in person. Southwest Trane's Service Manager, who was in charge of servicing the equipment at issue. Mr. Garton will testify regarding the exclusion in the service agreement. |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | | | | | Mr. Garton will testify as to his service of the equipment at issue. Mr. Garton will testify as to why the exclusion was put in the contract and that the damage to the system was the expected result of the Dolphin non-chemical water treatment. Mr. Garton will also testify as to who was responsible for maintaining the Dolphin and related issues. Mr. Garton will testify as to the requirements to become a Trane subcontractor. Mr. Garton will testify as to why Peterson Water Treatment was not Trane's subcontractor. Mr. Garton will testify as to the state of the RTUS after the acid cleaning. |
| | | | | | WILL CALL: **Eric Webster.** Mr. Webster is expected to testify in person. Mr. Webster was the Sales Representative who was in charge of the HCSC/Blue Cross-Blue Shield contract. He will testify regarding his course of dealing with HSC. He will further testify that HCSC rejected Southwest Trane's proposals to acid clean the RTUs at issue. Mr. Webster will further testify regarding how Trane contracts with subcontractors. Mr. Webster will testify as to why Peterson was not Trane's subcontractor. He will testify regarding the state of the RTUs after the acid cleaning. |
| | | | | | WILL CALL. **Edwin Wales.** Mr. Wales is the facility representative for the BCBS Building at issue. Mr. Wales is a "hostile" witness being called in Trane's case-in-chief. Mr. Wales is expected to testify consistent with his deposition. |
| | | | | | WILL CALL: **Robert Becker.** Mr. Becker is expected to testify in person. Mr. Becker is a Southwest Trane service technician. Mr. Becker will testify regarding his knowledge of the acid cleaning. This will include what he knew about the project prior to its beginning. Mr. Becker will testify regarding his findings after the acid cleaning had proceeded. |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | | | | | **WILL CALL: Richard Tonda, Ph.D,** Dr. Tonda is expected to testify in person. Dr. Tonda will provide expert testimony regarding the cause of the RTUs failure. Dr. Tonda will testify consistent with his report and deposition. |
| | | | | | MAY CALL: All witnesses identified in Plaintiff and Co-Defendant's witness lists. |
| | | | | | MAY CALL: All witnesses needed to authenticate documents. |

Respectfully submitted,

HINKLE, HENSLEY, SHANOR & MARTIN, LLP

S/ Barry Paisner
Jaclyn M. McLean
P O Box 2068
Santa Fe, NM 87504-2068
Telephone: 505-982-4554
Facsimile: 505-982-8623
Email: bpaisner@hinklelawfirm.com
***Attorneys for Southwest Trane, Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 31st day of January, 2011 the foregoing pleading was filed electronically through the CM/ECF system, serving the following parties or counsel by electronic means as more fully reflected on the Notice of Electronic Filing:

Dart M Winkler
dwinkler@yateslawfirmllc.com
*Attorneys for Plaintiff*

Russell E Yates
ryates@yateslawfirmllc.com
*Attorneys for Plaintiff*

Joseph B. Wosick
jwosick@ylawfirm.com
*Attorneys for Plaintiff*

Matthew S. Mersfelder, Esq.
mmersfelder@yateslawfirmllc.com
*Attorneys for Plaintiff*

April D. White
awhite@ylawfirm.com
*Attorneys for Plaintiff*

Charles J. Noya
cnoyalaw@gmail.com
*Attorneys for Peterson Water Treatment*

Daniel W. Lewis
dlewis@allenlawnm.com
*Attorneys for Peterson Water Treatment*

Christopher P Winters
cwinters@allenlawnm.com
*Attorneys for Peterson Water Treatment*

Scott P. Hatcher
shatcher@hatchertebo.com
*Counsel for Intervenor American Hallmark Insurance Company*

S. Barry Paisner