# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**HEALTH CARE SERVICES CORPORATION,**

Plaintiff

vs.  Case No. 09-cv-1213 ACT/LFG

**SOUTHWEST TRANE, and
PETERSON WATER TREATMENT,**

Defendants.

## CERTIFICATE OF SERVICE
## REGARDING EXCHANGE OF TRANE'S PROPOSED VOIR DIRE

I HEREBY CERTIFY that, on this 31st day of January, 2011 true and correct copies of *Southwest Trane's Proposed Voir Dire*, together with a copy of this *Certificate of Service*, were exchanged with all counsel of record by email and United States mail, first-class postage prepaid, at the addresses set forth below:

| | |
|---|---|
| Dart M Winkler | Russell E Yates |
| Yates Law Firm, LLC | Yates Law Firm, LLC |
| 1900 Wazee St., Suite 203 | 1900 Wazee St., Suite 203 |
| Denver, CO 80202 | Denver, CO 80202 |
| 303-722-2810 | 303-722-2810 |
| Fax: 303-722-2890 | Fax: 303-722-2890 |
| Email: dwinkler@yateslawfirmllc.com | Email: ryates@yateslawfirmllc.com |
| | |
| Joseph B. Wosick | Scott P. Hatcher |
| Attorney at Law | Hatcher & Tebo, PA |
| 4908 Alameda Blvd. N.E. | 150 Washington Ave., # 204 |
| Albuquerque, NM 87105 | Santa Fe, NM 87501-2066 |
| jwosick@lawfirm.com | shatcher@hatchertebo.com |
| April D. White | ***Counsel for Intervenor American*** |
| Attorney at Law | ***Hallmark Insurance Company*** |
| 4908 Alameda Blvd. N.E. | |
| Albuquerque, NM 87105 | |
| ***Attorneys for Health Care Services Corporation*** | |

Matthew S. Mersfelder
Yates Law Firm, LLC
1900 Wazee Street, Ste. 203
Denver, CO 80202
Tel: 303-722-2810
Fax: 303-722-2890
***Attorneys for Health Care Services Corporation***

Daniel W. Lewis
Allen, Shepherd, Lewis, Syra & Chapman
P O Box 94750
Albuquerque, NM 87199-4750
dlewis@allenlawnm.com
Telephone: 505-341-0110
Facsimile: 505-341-3434
***Attorneys for Peterson Water Treatment***

Christopher P Winters
Allen, Shepherd, Lewis, Syra & Chapman
Post Office Box 94750
Albuquerque, NM 87199
505-341-0110
Fax: 505-341-3434
Email: cwinters@allenlawnm.com
***Attorneys for Peterson Water Treatment***

Charles J. Noya
Attorney at Law
8220 San Pedro Dr. NE # 500
Albuquerque, NM 87113-2476
cnoyalaw@gmail.com
***Attorneys for Peterson Water Treatment***

Respectfully submitted,

**HINKLE, HENSLEY, SHANOR & MARTIN, LLP**

S/Barry Paisner
Jaclyn M. McLean
P O Box 2068
Santa Fe, NM 87504-2068
Telephone: 505-982-4554
Facsimile: 505-982-8623
Email: bpaisner@hinklelawfirm.com
***Attorneys for Southwest Trane, Inc.***

2